UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BUZZARD, JR.,

            Petitioner,

   v.

PAT GLEBE,

           Respondent.

Case No. C12-243-RAJ

**ORDER OF DISMISSAL**

The court has reviewed Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation (Dkt. # 11) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's objection to that Report and Recommendation (Dkt. # 12), and the remaining record. The court orders as follows:

1. The court adopts the Report and Recommendation; and

2. The court DENIES Petitioner's § 2254 petition, declines to issue a certificate of appealability, and directs the clerk to enter judgment for Respondent.

The Clerk shall send a copy of this order to the parties and to Judge Tsuchida.

DATED this 16th day of July, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1